No. 4,292.—STATE ex rel. JACOB MILLER, Relator, *v.* DISTRICT COURT et al., Respondents.

Original application for writ of review to the District Court of Yellowstone County, and A. C. Spencer, Judge.

Decided October 11, 1918.

PER CURIAM.—Application for writ of review herein was this day, after due consideration by the court, denied.

*Mr. B. L. Price* and *Messrs. Delavou & Moore,* for Relator.

---

No. 4,291.—LEO H. McCLELLAN, Appellant, *v.* CHAS. D. McLURE et al., Respondent.

*Appeal from District Court of Granite County, in the Third Judicial District; R. Lee McCulloch, a Judge of the Fourth District, presiding.*

Decided October 16, 1918.

PER CURIAM.—Pursuant to stipulation of the parties herein, the appeal in this cause is hereby dismissed.

*Mr. H. H. Parsons* and *Mr. S. P. Wilson,* for Appellant.

*Mr. Wingfield L. Brown, Mr. R. Lewis Brown* and *Messrs. Maury, Wheeler & Melzner,* for Respondents.